# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　vs.<br><br>Agremont, Ernesto Alex<br><br>　　　　　　　Defendant. | Case No.: SACR 00-101-AHS<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __CD CA__, for alleged violation(s) of the terms and conditions of his/her [~~probation~~] [supervised release]; and

　　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　　The Court finds that:

A.　　☒　The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __backgrd, cmty ties unknown, bail resources unknown; illegal immigration status; FTA history; prior history of violating terms of probation; substance abuse history__

1
2
3         and/or
4  B.     (X) The defendant has not met his/her burden of establishing by clear and
5         convincing evidence that he/she is not likely to pose a danger to the safety of any
6         other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This
7         finding is based on ___Criminal history record, incl.___
8         ___recent conv for a narcotics offense___
9
10
11
12
13         IT THEREFORE IS ORDERED that the defendant be detained pending further
14  revocation proceedings.
15
16  DATED: __1/8/08__
                                            _____
17                                          ROBERT N. BLOCK
                                            UNITED STATES MAGISTRATE JUDGE
18
...
28